*(Supreme Court of Illinois.)*

### George W. Brackett

#### vs.

### The People, ex rel.

(June Term, 1874.)

BILL OF EXCEPTIONS—STRIKING FROM FILES. A bill of exceptions will not be stricken from the files even though not filed in time where it was presented to the judge and was not returned in time, and the party used due diligence in trying to obtain it.

Motion to strike bill of exceptions from files. Appeal from St. Clair county.

There is a motion in this case to strike the bill of exceptions from the record. It is true the bill of exceptions was not filed within the time ordered by the circuit court. It appears, however, that the appellant had prepared it in time, and presented it to the circuit judge; but, for some reason he did not return it in time to file it, though several times asked for it by appellant. We think the appellant showed sufficient diligence, and the bill of exceptions will have to be retained. The motion is overruled.